Núm. 7220.—Trigo, apldo. v. Juliá, etc., apltes.—C. D. San Juan. Julio 24, 1937.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Por cuanto, el 16 de julio de 1937 resolvimos reconsiderar nuestra sentencia de fecha 26 de mayo de 1937 y señalamos el día 23 de julio de 1937 para una nueva vista del recurso;

Por cuanto, el examen que hemos hecho del contrato entre las partes litigantes y de la prueba practicada nos convence de que la obligación objeto de esta acción no tiene el carácter de solidaria y sí de obligación mancomunada, a tenor de lo dispuesto por el Artículo 1090 del Código Civil;

Por tanto, resolvemos ahora modificar la sentencia dictada por la Corte de Distrito de San Juan en 15 de junio de 1935, para que en su parte dispositiva lea como sigue:

" . . . y se condena a los demandados, Esteban A. de Goenaga y Mario Juliá, mancomunadamente a comprar al demandante, Dionisio Trigo, los diez bonos de la Corporación Saldaña Crosas Realty Co., Inc., numerados del 105 al 114, ambos inclusive, por precio de $1,000 cada uno con intereses, etc."

Y así modificada, se confirma.

El Juez Asociado Sr. Córdova Dávila no intervino.